# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kennedy, David S. | Bankruptcy Court | 06/17/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2014 to 12/31/2014 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

200 Jefferson Avenue #950
Memphis, TN 38103

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct-Professor of Law | University of Memphis Cecil C. Humphreys School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, David S. | 06/17/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/14-5/14 | Adjunct-Professor at Univ. of Memphis School of Law | $1,350.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pulaski County Bar Association | 10/22/14 | Little Rock, AR | Seminar Speaker | Mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, David S. | 06/17/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, David S. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sun Trust Bank | A | Int./Div. | J | T | | | | | |
| 2. PacLife Annuity registered as Qualified IRA | | None | L | T | | | | | |
| 3. Prime Fund Daily Money Class | A | Dividend | | | | | | | |
| 4. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 5. | | | | | Sold (part) | 07/29/14 | J | | |
| 6. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 7. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 8. | | | | | Sold (part) | 08/04/14 | J | A | |
| 9. | | | | | Sold | 08/07/14 | J | A | |
| 10. Premier Plus IRA - See Note in Part VIII for lines 10-14 | | | | | | | | | |
| 11. -American Balanced Class A | A | Dividend | J | T | | | | | |
| 12. -American Growth Fund of America Class A | A | Dividend | J | T | Buy (add'l) | 07/30/14 | J | | |
| 13. -American Income Fund of America Class A | A | Dividend | J | T | Buy (add'l) | 07/30/14 | J | | |
| 14. -T Rowe Price Tax Free Short International | A | Dividend | J | T | | | | | |
| 15. Columbia Acorn Class A | A | Dividend | J | T | Buy | 07/30/14 | J | | |
| 16. Diamond Hill Long Short Class A | A | Dividend | J | T | Buy | 07/30/14 | J | | |
| 17. MFS Municipal High Income Fund Cl. 1 | A | Dividend | J | T | Buy | 07/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, David S. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Templeton Developing Markets Class C | A | Dividend | | | Sold | 07/30/14 | J | A | |
| 19. Templeton Foreign Class A | A | Dividend | J | T | Buy | 07/30/14 | J | | |
| 20. MFS Value Class C | A | Dividend | J | T | Sold (part) | 07/30/14 | K | C | |
| 21. Lincoln New Directions 6 Fixed Annuity | C | Int./Div. | M | T | | | | | |
| 22. Lincoln Choice Plus Assurance (B share) IRA | A | Distribution | K | T | | | | | |
| 23. Premier Select IRA BDA | C | Distribution | L | T | | | | | |
| 24. -Fidelity Cash Reserves | | | | | Buy (add'l) | 07/23/14 | L | | |
| 25. | | | | | Sold (part) | 07/29/14 | L | A | |
| 26. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 27. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 28. | | | | | Sold (part) | 08/04/14 | J | A | |
| 29. Fidelity Municipal Money Market | A | Dividend | J | T | Buy | 08/04/14 | J | | |
| 30. -Allianzgi Large Cap Growth Cl l fka Allianz Large Cap Growth CL C | A | Dividend | | | Sold (part) | 07/23/14 | K | C | |
| 31. -Delaware Real EState Investment Trust Class C | A | Distribution | | | Sold | 07/18/14 | J | B | |
| 32. -First Eagle Overseas Class C | A | Dividend | | | Sold | 07/18/14 | J | D | |
| 33. -Templeton Foreign Class C | A | Dividend | | | Sold | 07/18/14 | J | B | |
| 34. -Calvert Short Duration | A | Dividend | | | Sold | 07/18/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, David S. | 06/17/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Invesco High Yield Fund A | B | Dividend | J | T | Sold (part) | 12/04/14 | J | A | |
| 36. -Allianzgi Focused Growth Class C (X) | A | Dividend | | | Sold | 07/18/14 | K | C | |
| 37. -Allianceber Discover Value Fund Cl A | A | Dividend | K | T | Buy | 07/30/14 | K | | |
| 38. -Allianzgi NFJ Dividend Value Cl D | A | Dividend | J | T | Buy | 07/30/14 | J | | |
| 39. -American High Income Cl F1 | A | Dividend | J | T | Buy | 07/30/14 | K | | |
| 40. -Diamond Hill Long Short Cl A | A | Dividend | J | T | Buy | 07/30/14 | J | | |
| 41. -Franklin Rising Dividend Class A | A | Dividend | K | T | Buy | 07/30/14 | J | | |
| 42. -Marsico Growth Fund | A | Dividend | J | T | Buy | 07/30/14 | J | | |
| 43. -American New World` Class F1 | A | Dividend | J | T | Buy | 07/30/14 | J | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, David S. | 06/17/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Lines 10-14.  This IRA was opened July 29, 2014 using the existing accounts of American Balanced Class A; American Growth Fund of America Class A; American Income Fund of America Class A, and T. Rowe Price Tax Free Short International.  This was a non-income producing transfer to the IRA.

Part VII - Line 36.  Allianzgi Focused Growth Class C was formerly the Allianzgi Large Cap Growth Cl. C which was reported on line 30 of this 2014 report.  These funds basically merged into and changed the name to the Allianzgi Focused Growth Class C.

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, David S. | 06/17/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David S. Kennedy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544